UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KOCH SUPPLY & TRADING, LP,

                            Plaintiff,

        - against –

TRADAX ENERGY, INC.,

                            Defendant.

Case No. 14-cv-5036 (SHS)

**AFFIDAVIT OF SERVICE**

---

STATE OF TEXAS     )
                          : SS.:
COUNTY OF HARRIS )

JODI MATHIS HURST, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, am a private process server authorized by and through the Supreme Court of Texas (SCH 04829, expires Tuesday, March 31, 2015, and my address is 1201 Louisiana Street, Suite 210, Houston, Texas, 77002.

2. On July 15, 2014, at approximately 1:24 p.m., I served true copies of the Summons, Complaint, Amended Complaint, Civil Cover Sheet, Rule 7.1 Statement, Individual Practices of Judge Sidney H. Stein, Individual Practices of Magistrate Judge Frank Maas, Electronic Case Filing Rules & Instructions for the United States District Court for the Southern District of New York, and the Court's Order dated July 14, 2014, on Defendant Tradax Energy, Inc. ("Tradax"), located at 1953 Vermont Avenue, Houston, Texas, 77024, by personally delivering to, and leaving true copies thereof with Walter Huybregts, who identified himself as Walter Huybregts, and who is the President of Tradax and its agent for service of process according to the Texas Secretary of State.

3. I describe Walter Huybregts as a Caucasian male, approximately 5'8", 160 lbs., with light grey hair, and looked to be in his early forties.

*JODI MATHIS HURST*

Sworn to before me this
17th day of July, 2014

_____
Notary Public

MINH TRAN
Notary Public, State of Texas
My Commission Expires
February 27, 2017