Stein, S.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KOCH SUPPLY & TRADING, LP,

    Plaintiff

V.

TRADAX ENERGY, INC.

    Defendant

---

Civil Action No. 14-CV-5036

**AGREED STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**

    Plaintiff KOCH SUPPLY & TRADING, LP ("Koch") and Defendant TRADAX ENERGY, INC. ("Tradax"), hereby stipulate and agree to extend the deadline for Defendant Tradax to file a responsive pleading to Plaintiff's Amended Complaint to and including August 19, 2014. The current deadline to file a responsive pleading is August 5, 2014. There has been no previous request for an extension of this deadline. The parties have agreed to and stipulate to the extension of the deadline for Defendant Tradax to file a responsive pleading to and including August 19, 2014.

    This Agreed Stipulation is made subject to Defendant's right to file a Motion to Dismiss under Rule 12(b). By this Agreed Stipulation, Defendant is not making a general appearance nor waiving any objection to venue or the Court's jurisdiction

Respectfully submitted,

SEWARD & KISSEL LLP

/s/ _____
Bruce G. Paulsen (BP 9563)
Michael B. Weitman (MW 0523)
SEWARD & KISSEL LLP
One Battery Park Plaza

**AGREED STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER OR RESPOND-Page 1**

14 Civ. 5036(SHS)

New York, New York 10004
Phone: (212) 574-1200
Fax: (212) 480-8421
Email: paulsen@sewkis.com

**ATTORNEYS FOR PLAINTIFF KOCH SUPPLY & TRADING, LP**

**LAW OFFICES OF CHARLES A. GRUEN**

/s/

Charles A. Gruen (CG5456)
Law Offices of Charles A. Gruen
381 Broadway, Suite 300
Westwood, NJ 07675
Tel.: 201-342-1212
Fax: 201-342-6474
E-Mail: cgruen@gruenlaw.com

**ATTORNEYS FOR TRADAX ENERGY, INC.**

August 1, 2014
**SO ORDERED:**

_____
**U.S.D.J.**

tm

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the **AGREED STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER OR RESPOND** has been forwarded this date by ECF notification and/or U.S. Mail, Certified, Return Receipt Requested, postage prepaid to the following parties:

Bruce G. Paulsen
Michael B. Weitman
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004

Signed this ___1st___ day of ~~July~~ August 2014.

/s/
Charles A. Gruen (CG5456)

**AGREED STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER OR RESPOND-Page 2**