UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LAW OFFICES
**CHARLES A. GRUEN**
381 Broadway
Suite 300
Westwood, New Jersey 07675
(201) 342-1212
Local Counsel for Defendant

| | |
|---|---|
| KOCH SUPPLY & TRADING, LP,<br><br>                              Plaintiff,<br><br>vs.<br><br>TRADAX ENERGY, INC.,<br><br>                              Defendant. | Civil Action<br>No.: 14-CV-5036<br><br>**NOTICE OF DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICION, AND, IN THE ALTERNATIVE, TO TRANSFER VENUE** |

TO:   Bruce G. Paulson
      Michael B. Weitman
      SEWARD & KISSEL LLP
      One Battery Park Plaza
      New York, New York 10004

　　　　PLEASE TAKE NOTICE that the undersigned, attorneys for Defendant, TRADAX ENERGY, INC., hereby move the Court for an Order dismissing the Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(2) for Lack of Personal Jurisdiction and, in the alternative, to Transfer Venue.

　　　　PLEASE TAKE FURTHER NOTICE that in support of the Motion, Defendant shall rely upon the Affidavit of Defendant's President Walter Huybregts and the Memorandum of Law, as well as any additional Reply Brief as may be needed.

Respectfully submitted,

**ANDERSON TOBIN, PLLC**

/s/ Aaron Z. Tobin
Aaron Z. Tobin
Texas Bar No. 24028045
J. Seth Moore
Texas Bar No. 24027522
One Galleria Tower
13355 Noel Road, Suite 1900
Dallas, Texas 75240
Telephone: (972) 789-1160
Facsimile: (972) 789-1606
Email: atobin@andersontobin.com
smoore@andersontobin.com

*Pro Hac Vice* application pending

LAW OFFICES OF CHARLES A. GRUEN

By: _____
Michael Korik (MK0377)
381 Broadway
Suite 300
Westwood, New Jersey 07675
(201) 342-1212 - Telephone
(201) 342-6474 - Telecopier
mkorik@gruenlaw.com

**ATTORNEYS FOR TRADAX ENERGY, INC.**