LAW OFFICES
**CHARLES A. GRUEN**
381 Broadway
Suite 300
Westwood, New Jersey 07675
(201) 342-1212
Local Counsel for Defendant

| | |
|---|---|
| KOCH SUPPLY & TRADING, LP,<br><br>                    Plaintiff,<br><br>vs.<br><br>TRADAX ENERGY, INC.,<br><br>                    Defendant. | Civil Action<br>No.: 14-CV-5036<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that a true and correct copy of the DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND, IN THE ALTERNATIVE, TO TRANSFER VENUE has been forwarded this date by ECF notification and/or U.S. Mail, First Class, to the following party:

> Bruce G. Paulson
> Michael B. Weitman
> SEWARD & KISSEL LLP
> One Battery Park Plaza
> New York, New York 10004

Signed this 19th day of August, 2014.

_____
Michael Korik